```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
KENNETH BROOKS,               )
                              )
     Plaintiff,               )
                              )    C.A. No. 05-11674-GAO
v.                            )
                              )
UNITED STATES OF AMERICA,     )
et al.,
                              )
     Defendants.              )
_____)
```

## SUBSTITUTION OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                    By: /s/ Rayford A. Farquhar
                                            Rayford A. Farquhar
                                            Assistant U.S. Attorney
                                            John J. Moakley U.S. Courthouse
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA  02210
                                            (617) 748-3100

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Plaintiff, through his counsel William J. Thompson, Lubin & Meyer, PC, 100 City Hall Plaza, Boston, MA 02108.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney