UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH BROOKS,              )
      Plaintiff,             )
                     )
V.                       )      Case Number: 1:05 cv 11674 GAO
                     )
THE UNITED STATES OF AMERICA, and )
MARY JANE ESTRADA, N.P.      )
      Defendants.          )

## CERTIFICATION

I, Kenneth Brooks, am the plaintiff in the case of Kenneth Brooks vs. United States of America and Mary Jane Estrada, N.P., Docket No. 1:05 cv 11674, filed in the United States District Court. In that capacity, I have conferred with my attorneys regarding the following:

(A)    Establishment of a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(B)    Consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


KENNETH BROOKS               DATE