AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2006 MAY -8 P 3:00

U.S. DISTRICT COURT
DISTRICT OF MASS

Kenneth Brooks

V.

The United States of America and
Mary Jane Estrada, N.P.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 CA 11674 GAO

TO: (Name and address of Defendant)

Mary Jane Estrada, N.P.
15 Selkirk Road, Apt. 1
Brighton, MA 02135

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Thompson, Esquire
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _____  DATE  MAR 28 2006

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 961-6999

*Suffolk, ss.*

April [illegible], 2006

I hereby certify and return that on 4/5/2006 at 10:30AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Mary Jane Estrada, N.P., , 15 Selkirk Road Apt 1 Brighton, MA 02135 and by mailing 1st class to the above address on 4/7/2006. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $45.52

Deputy Sheriff Edward J. Tobin

Edward J. Tobin
*Deputy Sheriff*

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

(1)

0008235