# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KENNETH BROOKS** | CIVIL ACTION |
| Plaintiff | |
| | NO. 05-11674-GAO |
| V. | |
| **N.P. MARY JANE ESTRADA** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **KENNETH BROOKS** for an order of Default for failure of the Defendant, **N.P. MARY JANE ESTRADA**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **7** day of **AUGUST, 2006**.

SARAH A. THORNTON
CLERK OF COURT

By:   **PAUL S. LYNESS**
        **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)