```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
KENNETH BROOKS,               )
                              )
     Plaintiff,               )
                              )    C.A. No. 05-11674-GAO
v.                            )
                              )
UNITED STATES OF AMERICA,     )
et al.,                       )
                              )
     Defendants.              )
_____)
```

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
                              John J. Moakley U.S.
                              Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              (617) 748-3100

Dated: January 23, 2007

1

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2007

                                    /s/ Rayford A. Farquhar
                                    Rayford A. Farquhar
                                    Assistant U.S. Attorney