```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| KENNETH BROOKS,                )<br>                                )<br>     Plaintiff,                )<br>                                )<br>         v.                    )<br>                                )<br> UNITED STATES OF AMERICA AND   )<br> MARY JANE ESTRADA, N.P.,       )<br>                                )<br>     Defendants.               )<br>                                ) | Civil Action No.<br>05-11674-GAO |

**JOINT MOTION TO CONTINUE THE STATUS CONFERENCE**

The plaintiff, Kenneth Brooks, by and through his Attorney, William J. Thompson, and the defendant, United States of America, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein move this Court to continue the Status Conference to Thursday, August 9, 2007.  As grounds for this motion the parties state as follows:

1. The plaintiff in this case is deceased;

2. An Executor is being appointed by the Probate Court but this process may take 30-60 days to be completed; and

3. The parties have essentially reached a settlement in this case, but must wait for an Executor to be legally appointed before a settlement agreement can be agreed upon.

WHEREFORE, the parties seek to continue the Status Conference to Thursday, August 9, 2007 to allow time for an Executor to be assigned by the Probate Court.

                                Respectfully submitted,

| | |
|---|---|
| KENNETH BROOKS, | UNITED STATES OF AMERICA, |
| | By its Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/by Rayford A. Farquhar<br>William J. Thompson, Esq.<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108<br>(617) 720-4447 | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 5, 2007.

                                  /s/ Rayford A. Farquhar
                                  Rayford A. Farquhar

### LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on June 5, 2007 I spoke with Attorney William J. Thompson, and he assented to the filing of this Joint Motion to Continue the Status Conference.

                                  /s/ Rayford A. Farquhar
                                  Rayford A. Farquhar
                                  Assistant U.S. Attorney