[A.C. 149A]

(See Chapter 215, Section 9A on reverse side)

# Commonwealth of Massachusetts

Suffolk, ss.                                               Probate Court

I, Richard Iannella, Register of Probate for said County of Suffolk, hereby certify, that at a Probate Court held at Boston, in and for said County, on the __17TH__ day of __OCTOBER__ in the year of our Lord __TWO THOUSAND SEVEN__

__JANELLE BROOKS__

of __BOSTON__ in the County of __SUFFOLK__ was duly appointed

- execut__RIX__ - of the will of __KENNETH F. BROOKS__

- late - of __BOSTON__ in the County of __SUFFOLK__ - deceased - __IN__ testate, and gave bond as required by law, testate, and gave bond as required by law, for the due performance of said trust; and that no appearance was entered against said appointment prior to the entry of the decree as appearance had been entered and withdrawn prior to the entry of said decree

I further certify, that it appears by the records and files of said Court, that said appointment remains in full force.

In witness whereof, I have hereunto set my hand and affixed the seal of said Court, this __18TH__ day of __OCTOBER__ in the year of our Lord two thousand __SEVEN__

_Richard Iannella_                                             Register

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BROOKS, )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>THE UNITED STATES OF AMERICA, and )<br>MARY JANE ESTRADA, N.P. )<br>    Defendants. ) | Case Number: 1:05-cv-11674 |

### PLAINTIFF'S MOTION TO SUBSTITUTE A PARTY

NOW COMES the plaintiff, Kenneth Brooks, and hereby moves to substitute a party. The plaintiff states that this action was filed on or about 2/25/05 by Kenneth Brooks. On or about 7/29/06 Kenneth Brooks died. On or about 10/17/07, Janelle Brooks was appointed Executrix of the Estate of Kenneth Brooks (see appointment papers attached as Exhibit A). Accordingly, Janelle Brooks as Executrix of the Estate of Kenneth Brooks is the legal representative of the Estate of Kenneth Brooks, and the proper party plaintiff in this action.

WHEREFORE, the plaintiff seeks to substitute "Janelle Brooks, Executrix of the Estate of Kenneth Brooks", in place of "Kenneth Brooks", as the named plaintiff.

                                              Respectfully submitted,
                                              The plaintiff,
                                              By his attorney,


                                              `/s/ William J. Thompson`
                                              William J. Thompson
                                              LUBIN & MEYER, P.C.
                                              100 City Hall Plaza
                                              Boston MA 02108
                                              (617) 720-4447
                                              BBO#: 559275