UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANELLE BROOKS, as Executrix )
and/or Administratrix of the )
Estate of KENNETH BROOKS, )
)
Plaintiff, )   C.A. No. 05-11674-GAO
)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendants. )

### STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,                          For the Defendant,

                                            By its attorney,

                                            MICHAEL J. SULLIVAN,
                                            United States Attorney

William J. Thompson, Esq.                   RAYFORD A. FARQUHAR
Lubin & Meyer, P.C.                         Assistant U.S. Attorney
100 City Hall Plaza                         1 Courthouse, Suite 9200
Boston, MA 02108                            Boston, MA 02210
(617) 720-4447                              (617) 748-3284

Dated: ~~_____~~ R.A.F.
1/22/08